# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEAN MESLER** and **CAROL TABAKA,**
Appellants,

v.

**ISLA MERITA HOMEOWNERS' CONDOMINIUM ASSOCIATION II, INC.,**
a Florida Non-Profit Corporation and **SUSAN PIKUS,**
Appellees.

No. 4D17-3820

[October 18, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 15-005046 CACE 03.

Ryan M. Tables of the Tables Law Group, P.A. and Andrew J. Smallman of Gilbert & Smallman, PLLC, Hollywood, for appellants.

Richard A. Sachs of Glazer & Sachs, P.A., Fort Lauderdale, for Appellee Isla Merita Homeowners' Condominium Association, II, Inc.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***